# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY WAYNE JONES, ADC #70147　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　Plaintiff,　　　　　　　　*
v.　　　　　　　　　　　　　　　　 *
　　　　　　　　　　　　　　　　　　*　　No. 5:12CV00287-SWW-JJV
CURTIS MEINZER, Deputy Warden,　　 *
Varner Super Max, ADC; *et al.*,　　*
　　　　　　　　　　　　　　　　　　*
　　　　　Defendants.　　　　　　　 *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections. After carefully considering the objections and making a de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　　Defendants' Motion for Summary Judgment (Doc. No. 19) is GRANTED and Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

2.　　All pending motions are rendered moot.

3.　　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

DATED this 3rd day of December 2013.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE